UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELICIA BRAMBLE,

                       Plaintiff,

    -against-                                      19 CIVIL 5182 (NSR)

                                                **JUDGMENT**

MOODY'S CORPORATION and SCOTT
KENNEY in his capacity as Senior Vice
President Chief Audit Executive and
ADAM BERKOWICZ in his capacity as
Senior Vice President of Accounting,

                       Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 2, 2023, Defendants' motion for summary judgment is GRANTED. Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      March 2, 2023

                                                      **RUBY J. KRAJICK**

                                                         _____
                                                               **Clerk of Court**

                               **BY:**       *K. Mango*

                                                             _____
                                                               **Deputy Clerk**